IN THE UNTIED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| Oluwakemi Adewol, Keisha Jackson, And Jemilat Suleiman on behalf of herself and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>Frickenschmidt Foods LLC and Wicked Cutz LLC<br><br>DEFENDANTS. | CASE NO.:   4:22-cv-00254-NCC |

## ENTRY OF APPEARANCE

COMES NOW W. Wylie Blair of OnderLaw, LLC, and enters his appearance on behalf of Plaintiff.

DATED: April 22, 2022

Respectfully submitted,

*/s/W. Wylie Blair*
W. Wylie Blair #58196
ONDERLAW, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
Telephone: (314)963-9000
Facsimile: (314)963-1700
blair@onderlaw.com