## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### EASTERN DIVISION

| | |
|---|---|
| Oluwakemi Adewol, Keisha Jackson, and Jemilat Suleiman on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Frickenschmidt Foods LLC and Wicked Cutz LLC,<br><br>Defendants. | CASE NO.  4:22-cv-00254-NCC |

### PLAINTIFFS' REQUEST FOR CLERK'S ENTRY OF DEFAULT

COME NOW Plaintiffs Oluwakemi Adewol, Keisha Jackson, and Jemilat Suleiman, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and respectfully request the Clerk of the Court enter Default against Defendant Wicked Cutz LLC. In support of this request, Plaintiffs state as follows:

1.      Plaintiff Adewol filed suit against Defendant Frickenschmidt Foods LLC in the above-captioned matter on February 28, 2022. (Doc. No.  1).

2.      On March 12, 2022 the Amended Complaint was filed which added Co-Defendant Wicked Cutz LLC. (Doc. No.  5).

3.     On April 26, 2022, Defendant Wicked Cutz LLC was served by Plaintiffs as reflected in the records of Clerk of Court. (Doc. Nos. 20-21).

4.     Defendant Wicked Cutz LLC has failed to contact Plaintiffs' counsel in this matter.

5.     Counsel for Defendant Wicked Cutz LLC has failed to contact Plaintiffs' counsel in this matter nor entered their appearance in this case.

6.     Defendant Wicked Cutz LLC has not filed an answer or other responsive pleading with the Court to this date and is therefore in default.


WHEREFORE, Plaintiffs pray for Clerk's Entry of Default against Defendant Wicked Cutz LLC.


Dated: May 18, 2022

Respectfully submitted,

**THE KEETON FIRM LLC**
/s/ Steffan T. Keeton
Steffan T. Keeton, Esq.*
stkeeton@keetonfirm.com
100 S Commons, Ste. 102
Pittsburgh, PA 15212
Tel.: (888) 412-5291

**SHENAQ PC**
Amir Shenaq, Esq.*
amir@shenaqpc.com
3500 Lenox Road, Ste 1500
Atlanta, GA 30326
Tel: (888) 909-9993

**THE SMITH LAW FIRM, PLLC**
R. ALLEN SMITH, Esq.*
asmith@smith-law.org
300 Concourse Blvd., Suite 104
Ridgeland, MS 39157
Tel:  (601) 952-1422

**ONDERLAW, LLC**
W. Wylie Blair #58196
blair@onderlaw.com
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
Tel.: (314) 963-9000

*pro hac vice*
*Attorneys for Plaintiffs and the Class*

## **<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on this 18th day of May, 2022, a true and correct copy of

this Motion was filed with the Court via the Electronic Case Filing System, and was

mailed by United States Postal Service to the following non-participants in

Electronic Case Filing:

Wicked Cutz, LLC
C/O KNIGHT SKY VENTURES LLC
137 Nw 1st Ave
Delray Beach FL 33444-2611

*/s/ Steffan T. Keeton*
Steffan T. Keeton, Esq.
