IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Oluwakemi Adewol, Keisha Jackson, and Jemilat Suleiman on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Frickenschmidt Foods LLC and Wicked Cutz LLC,<br><br>　　　　Defendants. | CASE NO. 4:22-cv-00254-NCC |

### CLERK'S ENTRY OF DEFAULT

　　This matter is before the Clerk of Court on Plaintiffs' Motion for Entry of Clerk's Default against Defendant Wicked Cutz LLC, pursuant to F.R.Civ.P. 55(a). The record reflects Plaintiffs served Defendant Wicked Cutz LLC with process. [Doc. Nos. 20-21]. Defendant Wicked Cutz LLC has failed to file an answer or other responsive pleading within the time required by F.R.Civ.P. 12.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Clerk's Default against Defendant Wicked Cutz LLC is **GRANTED**, and the default of Defendant Wicked Cutz LLC is hereby entered.

Dated this _____ day of _____, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____.
　　　　　　　　　　　　　　　　　　　　　　　GREGORY J. LINHARES
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT