**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISOURI**
**EASTERN DIVISION**

| | |
|---|---|
| OLUWAKEMI ADEWOL, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) No. 4:22CV00254 NCC |
| FRIEKEMSCHMIDT FOODS LLC, et al., | ) ) ) ) |
| Defendant(s). | ) |

### CLERK'S ENTRY OF DEFAULT

This matter is before the Clerk of Court on Plaintiffs' Motion for Entry of Clerk's Default against Defendant Wicked Cutz LLC [ECF No. 24] pursuant to Fed.R.Civ.P. 55(a). The record reflects service of summons upon Defendant on April 26, 2022. Defendant has failed to file an answer or other responsive pleading within the time required by Fed.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default against Defendant Wicked Cutz LLC [ECF No. 24] is GRANTED and the default of said defendant is hereby entered.

Dated this 25th day of May, 2022.

_____
Gregory J. Linhares
Clerk of Court