IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Oluwakemi Adewol, Keisha Jackson, and Jemilat Suleiman on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>Frickenschmidt Foods LLC and Wicked Cutz LLC,<br><br>      Defendants. | ELECTRONICALLY FILED<br><br>CASE NO. 4:22-cv-00254-NCC |

## [PROPOSED] ORDER AND JUDGMENT OF DEFAULT

**AND NOW**, this ___ day of _____, 2022, upon consideration of Plaintiffs' Motion for Default Judgment Against Defendant Wicked Cutz LLC, **IT IS HEREBY ORDERED, ADJUDGED**, and **DECREED** that the Motion is **GRANTED** and judgment be entered against Defendant Wicked Cutz LLC as to liability only.

_____.
UNITED STATES MAGISTRATE JUDGE