**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

---------------------------------------------------------------x
:
OLUWAKEMI ADEWOL et al, individually and :
on behalf of all others similarly situated, :
:
               Plaintiffs, : Case No. 4:22-cv-00254
:
     v. : **DEFENDANT WICKED CUTZ**
: **LLC'S CONSENT MOTION FOR**
FRICKENSCHMIDT FOODS, LLC : **FOR EXTENSION OF TIME TO**
And WICKED CUTZ, LLC, : **RESPOND TO PENDING MOTIONS**
:
               Defendants. :
---------------------------------------------------------------x

      Comes now, Defendant Wicked Cutz, LLC ("Wicked Cutz"), and hereby requests eleven (11) days from today's date to file a response to (1) the Motion for Default Judgment filed on May 31, 2022 (Dkt. # 34); and (2) the Motion for Costs of Service and Attorneys' Fees filed on June 6, 2022 (Dkt. #36). Wicked Cutz states the following in support of this Motion:

      1.     Wicked Cutz intends to file responses to the Motion for Default Judgment, which is currently due on June 17, 2022, and the Motion for Costs of Service and Attorneys' Fees, which is currently due on June 21, 2022.

      2.     Wicked Cutz has recently retained counsel to represent it in this case and counsel are continuing their investigation of the underlying facts. Wicked Cutz respectfully request a short extension of time to June 27, 2022 to prepare its responses to the two pending motions against it.

      4.     Plaintiffs consent to this extension.

      5.     This motion is not being filed to cause unnecessary delay.

      6.     No party will be prejudiced by the granting of this extension.

WHEREFORE, Wicked Cutz prays this honorable Court grant its Consent Motion For Extension Of Time To Respond To Pending Motions, together with any further relief this Court deems just and proper under the circumstances

Dated: June 16, 2022

Respectfully Submitted,

By: */s/ Mark V. Bossi*
   Mark V. Bossi
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
Tel.: (314) 552-6015
mbossi@thompsoncoburn.com

Pieter Van Tol*
Daniel Petrokas*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Tel. (212) 918-3000
pieter.vantol@hoganlovells.com
daniel.petrokas@hoganlovells.com

*pro hac vice forthcoming*
*Counsel for Defendant Wicked Cutz, LLC*

By: /s/ Steffan T. Keeton
   Steffan T. Keeton, Esq.**
**THE KEETON FIRM LLC**
100 S Commons, Ste. 102
Pittsburgh, PA 15212
Tel.: (888) 412-5291
stkeeton@keetonfirm.com

Amir Shenaq, Esq.**
**SHENAQ PC**
3500 Lenox Road, Ste 1500
Atlanta, GA 30326
Tel: (888) 909-9993
amir@shenaqpc.com

R. Allen Smith, Esq.**
**THE SMITH LAW FIRM, PLLC**
300 Concourse Blvd., Suite 104
Ridgeland, MS 39157
Tel: (601) 952-1422
asmith@smith-law.org

W. Wylie Blair
**ONDERLAW, LLC**
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
Tel.: (314) 963-9000
blair@onderlaw.com

*\*\*pro hac vice*
*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

      The Undersigned certifies that the above pleadings was filed with the Clerk of the Court with notice to being sent to all counsel of record via the CM/ECF filing system this 16th day of June, 2022.


*/s/ Mark V. Bossi*
Mark V. Bossi