UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLUWAKEMI ADEWOL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:22 CV 254 CDP |
| ) | |
| FRICKENSCHMIDT FOODS LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order filed herewith,

**IT IS HEREBY ORDERED** that Plaintiffs' amended complaint [5] is **DISMISSED.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of March, 2023.